IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHL VARIABLE INSURANCE COMPANY                    PLAINTIFF

V.                        CASE NO. 4:06CV00952

FULBRIGHT MCNEILL, INC.                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is entered in favor of Plaintiff. The contract of insurance at issue herein is hereby cancelled and rescinded. Each party shall bear their own costs and fees. The clerk is directed to close the case.

IT IS SO ORDERED this 22nd day of January, 2007.

_____
James M. Moody
United States District Judge